# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**
City: Hagåtña
Country/Parish: _____

**Related Case Information:**
Superseding Indictment _____ Docket Number **06-00117**
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No _X_   Matter to be sealed: ___ Yes _X_ No

Defendant Name: HONG FEI WANG

Alias Name: Tanya

Address: _____

Birthdate: xx/xx/____ SS#: ____ Sex: F  Race: A  Nationality: Chinese

**U.S. Attorney Information:**

AUSA: KARON V. JOHNSON

**Interpreter:** ___ No _x_ Yes   List language and/or dialect: Chinese/Mandarin

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: 1   ___ Petty ___ Misdemeanor _X_ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 8 USC 1324a2Bii; 18 USC 2 & 6 USC 251 & 557 | Alien Smuggling | 1-2 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: 12/19/06   Signature of AUSA: [signed] Karon V. Johnson

**RECEIVED DEC 20 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

ORIGINAL