hongwangseal

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
DEC 20 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   vs.<br><br>HONG FEI WANG,<br>aka TANYA,<br><br>          Defendant. | CRIMINAL CASE NO. 06-00117<br><br>APPLICATION TO SEAL RECORD |

The United States moves this Honorable Court for an order sealing the record in the above-entitled case for the reason that further investigation is still pending in this matter, which may be hindered by making this cause available for public scrutiny.

Respectfully submitted this 20th day of December 2006.

                        LEONARDO M. RAPADAS
                        United States Attorney
                        Districts of Guam and NMI

By: _____
      KARON V. JOHNSON
      Assistant U.S. Attorney