LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00117 |
| Plaintiff, | |
| vs. | **ORDER SEALING RECORD** |
| HONG FEI WANG, aka TANYA, | |
| Defendant. | |

Through an application to seal record having come before the Court, and the Court finding good cause for the issuance of the order;

IT IS SO ORDERED that the record herein be sealed *nunc pro tunc* to December 20, 2006.

December 21, 2006
DATE

/s/ **Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**