Hongwangdismiss

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
MAR 28 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 06-00117 |
| Plaintiff, | ) |
| vs. | ) **MOTION TO UNSEAL RECORD** |
| | ) **AND DISMISS INDICTMENT** |
| HONG FEI WANG, aka TANYA, | ) |
| Defendant. | ) |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the record be unsealed for the reason that the investigation in this case is now complete and there is no further reason for these proceedings to remain secret and the Information in the above cause against defendant, HONG FEI WANG, aka TANYA, be dismissed without prejudice, for the reason that the defendant has been charged in the District Court of Guam under Criminal Case No. 06-00118.

Respectfully submitted this 28th day of March 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney