LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 06-00117 |
| Plaintiff, | ) |
| | ) **ORDER TO UNSEAL RECORD** |
| vs. | ) **AND DISMISS INDICTMENT** |
| | ) |
| HONG FEI WANG, | ) |
| aka TANYA, | ) |
| | ) |
| Defendant. | ) |

The United States' Motion to unseal the record is hereby granted and that the Indictment against defendant, HONG FEI WANG, aka TANYA, is hereby dismissed.

SO ORDERED.

**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Mar 29, 2007**